# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
MAY 12 2014
US District Court
Western District of NC

| | |
|---|---|
| United States of America<br>v.<br>Elliot Phillip Rosenberg<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:14 mj 76<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2010 through Present__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, 1349 | Conspiracy to commit mail and wire fraud |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Heath, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-12-14

_____
Judge's signature

City and state: Charlotte, North Carolina

David S. Cayer, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Mark Heath, declare under penalty of perjury, that the following is true and correct to the best of my knowledge and information:

## Introduction

1. I am a Postal Inspector employed by the U.S. Postal Inspection Service. I have been a Postal Inspector since August 2001. As part of my current duties, I investigate instances of fraud including, but not limited to, those involving the use of the United States Postal Service. I received my basic training as a criminal investigator at the U.S. Postal Service Academy in Potomac, Maryland. Over the years, I have received training in the areas of financial fraud, computer forensics, and white-collar crime. I have been the case agent in numerous criminal investigations. I have authorized and sworn to numerous affidavits in support of federal search warrants and federal arrest warrants. I have personally participated in executing search warrants and seizing evidence, including computers and other electronic equipment, from both businesses and personal residences. As a Postal Inspector, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony violations.

2. The facts and information contained in this Affidavit are based upon my knowledge, observations, interviews of witnesses, review of documents and law enforcement databases, and information communicated to me by other law enforcement personnel with knowledge of this investigation, and knowledge gained through training and work experience. This Affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have set forth the facts and circumstances that I believe are necessary to

establish probable cause that **ELLIOT PHILLIP ROSENBERG (ROSENBERG)**, a/k/a Peter Davis and Robert Davis, did knowingly conspire to commit mail fraud and wire fraud, in violation of Title 18, United States Code, Section 1349. This Affidavit does not contain every fact that I have learned during this investigation. Instead, I have set forth only those facts that I understand are necessary to a proper determination of probable cause.

## Overview of the Defendant and the Scheme

3. **ROSENBERG**, a/k/a Peter Davis and Robert Davis, is a citizen of the United States. He was born on April 5, 1982, in New York. His Social Security Number is XXX-XX-0182. **ROSENBERG's** U.S. passport numbers are 435528211 and 488339075. **ROSENBERG** is currently a legal foreign resident of Costa Rica. **ROSENBERG** is the owner and manager of at least two sweepstakes telemarketing call centers located in San Jose, Costa Rica. In addition to owning and operating at least two call centers, **ROSENBERG** works as a telemarketer in these call centers. As the owner, **ROSENBERG** employs others to work as telemarketers in his call centers, using the fraudulent sweepstakes scheme described below beginning in paragraph 5. **ROSENBERG's** call centers have been in operation since at least 2010 and they continue to the present. As determined by a review of email records obtained through a search warrant of Gmail and explained hereinafter, **ROSENBERG** is the user of email account "peter.davis1975@gmail.com."

4. Since the latter half of 2005, agents and investigators with the United States Postal Inspection Service; the Department of Treasury, Internal Revenue Service, Criminal Investigations; the Department of Homeland Security, Immigration and Customs

Enforcement; the Federal Bureau of Investigation; and the Federal Trade Commission have been investigating fraudulent sweepstakes schemes that target U.S. residents, and, in particular, the elderly. The schemes involve phone calls being placed from illegal telemarketing "call centers" located in Costa Rica to U.S. residents. The telemarketers use various pitches to deceive the victims into falsely believing that they have won a large monetary prize in a sweepstakes contest which requires them to wire transfer a purported "insurance fee" in order to receive their "winnings."

### **ROSENBERG** Investigation

5. The investigation, which is ongoing, has revealed that since at least 2010 and continuing until the present, **ROSENBERG** and his co-conspirators have called U.S. residents from Costa Rica, in particular elderly U.S. residents, and informed them that they have won sweepstakes prizes in amounts from $350,000 to $450,000. **ROSENBERG** and co-conspirators tell the victims that, in order to receive their prizes, the victims must send a few hundred to several thousand dollars for purported refundable insurance fees, taxes, or other costs. The victims are instructed to send their money using Western Union or MoneyGram money wire transfers to individuals in Costa Rica, or by U.S. mail ("USPS") and other commercial interstate carriers to Costa Rican and U.S. addresses controlled by **ROSENBERG**. Western Union representatives have confirmed that all Western Union wire transfers worldwide are electronically routed to and processed in Charlotte, North Carolina. The sweepstakes prizes are totally fictitious and **ROSENBERG** and his co-conspirators simply keep the victims' funds without ever sending any prizes to the victims.

6. In persuading victims to send money, **ROSENBERG** and his co-conspirators represented themselves to be U.S. federal judges and agents of U.S. agencies including the Federal Trade Commission; the Department of Commerce; and the Department of Homeland Security, Customs and Border Protection, as well as agents of state and local agencies including the District of Columbia Department of Consumer and Regulatory Affairs (DCRA).

7. If an intended victim requests proof that he/she has won a sweepstakes prize, **ROSENBERG** and his co-conspirators will provide the victim with telephone numbers to call for confirmation that appear, based on their area code, to be located within the United States. However, using Voice over Internet Protocol (VoIP), a technology that allows a user to conceal his/her actual location by selecting an area code associated with some other region, **ROSENBERG** and his co-conspirators actually receive the calls in Costa Rica. **ROSENBERG** and his co-conspirators answer these sweepstakes verification calls posing as government officials or insurance company employees and falsely reassure the victims that they have won sweepstakes prizes.

8. After a victim sends money, **ROSENBERG** and his co-conspirators will again call, or "reload" the victim, falsely representing that additional fees for "airport taxes" or "vault storage fees" are required to ensure the safe delivery of the sweepstakes prizes. **ROSENBERG** and his co-conspirators continue to call and "reload" their victims as long as the victims continue to wire money.

### ROSENBERG's Purchase of "Lead Lists"

9. On April 9, 2013, a federal search warrant was issued by the Honorable Charles S. Miller of the United States District Court for the District of North Dakota for the email account

"gamblersleads@aol.com," belonging to a known "lead list" broker, Sanjay Williams. A "lead list" contains contact information for various people including telephone numbers, and "lead lists" are purchased by telemarketers to identify potential call recipients. On September 10, 2013, I reviewed records returned by AOL pursuant to the search warrant which included email communications between Williams, using email address "gamblersleads@aol.com," and **ROSENBERG,** using email address "peter.davis1975@gmail.com," which occurred between the dates of November 2, 2012 and March 28, 2013. The communications detailed several transactions in which **ROSENBERG** purchased lead lists from Williams. The **ROSENBERG** emails identified MoneyGram "Reference Numbers," Western Union "Money Transaction Control Numbers" (MTCN), the names of senders, the names of recipients and the exact dollar amounts wired for payment to Williams. MTCN and MoneyGram Reference Numbers are unique numbers assigned to individual transactions and are required to be provided by the intended recipient before funds are released. For example, in an email dated November 2, 2012, **ROSENBERG** confirmed that his payment for the purchase of 500 leads was made via a $1,000 MoneyGram wire initiated by himself, "Elliot P. Rosenberg," in Costa Rica and sent to "Velle Smith" in Charlotte, North Carolina.

10. In November 2012, I obtained MoneyGram business records confirming a wire transfer in the amount of $1,000 on November 2, 2012, from **ROSENBERG** in Costa Rica to a Velle Smith in Charlotte, North Carolina. The records included the same Reference Number appearing in **ROSENBERG's** email cited in paragraph 9 above. The identification provided by the sender to MoneyGram was U.S. passport number 435528211, which was issued to **ROSENBERG**.

11. Velle Smith was interviewed by investigators on March 27, 2013, and admitted she received wire transfers from MoneyGram and Western Union on behalf of a Jamaican known to her only as "A." Smith stated she received wires from various individuals and locations including Costa Rica, Jamaica, Georgia, and Florida. After keeping a small portion of the funds for herself, Smith would transfer the remaining funds as directed by "A."

12. As another example, in an email communication between Williams and **ROSENBERG** dated November 30, 2012, **ROSENBERG** confirmed his payment of $1,200 by a Western Union wire for the purchase of 600 more leads from Williams. In this email, **ROSENBERG** provided details of the Western Union wire he caused to be sent from Costa Rica to Williams, including the Western Union MTCN, the dollar amount, the sender ("Geiner Sandoval Barboza") and the sender's location in Costa Rica. As explained below, Barboza has been identified as a "runner" for the **ROSENBERG** call center, *i.e.*, a person who, for a fee, receives funds sent by victims and delivers them to the telemarketers or elsewhere at the telemarketers' direction.

### **ROSENBERG's** Gmail Account

13. On November 18, 2013, a federal search warrant was issued by the Honorable David C. Keesler of the United States District Court for the Western District of North Carolina for the email account "peter.davis1975@gmail.com," belonging to **ROSENBERG**. On December 18, 2013, Gmail responded to the search warrant by providing a thumb drive containing approximately 30,663 emails (some duplicate), WAV files (audio files), contacts, user information and Internet Protocol (IP) addresses stored in **ROSENBERG's** Gmail account. The WAV files consist of audio voice messages that were left at

telephone numbers set up to forward into **ROSENBERG's** Gmail account. These audio voice messages are delivered into **ROSENBERG's** Gmail account in both a text and recorded audio format.

14. **ROSENBERG's** email records reveal that at the time the search warrant was served on Gmail on November 18, 2013, **ROSENBERG** was actively using his Gmail account to:

    - Purchase multiple lead lists consisting of thousands of potential victims' contact information;
    - Make Western Union and MoneyGram wire transfers in the name of "elliot phillip rosenberg" and "Elliot p Rosenberg" to pay for lead lists;
    - Hire and distribute lead lists to call center employees;
    - Distribute victim prospect sheets and pitch scripts to call center employees promoting the use of the "Department of Consumer and Regulatory Affairs" (DCRA) agency name;
    - Change VoIP telephone numbers and distribute the list of new numbers to call center employees for use in contacting victims, specifically VoIP telephone numbers (202) 552-6909 and (202) 552-5197;
    - Provide mailing addresses at which to receive victim funds, including the address of Liberty Express, a freight forwarding service, located at 8548 N.W. 66th Street, Miami, Florida 33166;
    - Track victim payments;
    - Direct employees to pick up victim wire transfers or mailings; and
    - Receive audio messages from victims, as explained below.

## Victim PW

15. On November 30, 2012, I interviewed PW (age 60), a resident of Acosta, Pennsylvania, who had previously filed a report with the Federal Trade Commission in which she stated she had been a victim of a sweepstakes scam. PW told me she was contacted by callers who identified themselves as "Federal Judge David Greenberg" and DCRA agents "Robert Davis," "James Clark," and "Eric Sanchez." PW stated that the callers told her she had won approximately $450,000 in a sweepstakes run by the American Sweepstakes Company. "Robert Davis" told PW that before she could claim her prize, she was required to pay taxes and bonding fees. "Robert Davis" and the other callers instructed PW to pay her fees by wiring money to Costa Rica and to various individuals within the United States via Western Union and MoneyGram. PW was also instructed to mail USPS money orders to HM, a bonded agent working for "Robert Davis" in Zachary, Louisiana. PW stated she has sent in excess of $5,000 per the callers' instructions and has never received the prize.

16. **ROSENBERG**'s Gmail account "peter.davis1975@gmail.com" contained the audio WAV files of twelve (12) voice messages left by PW. PW's voice messages began on September 27, 2012, and refer to payments she made to receive her alleged sweepstakes prize. One day prior to the first of these messages, **ROSENBERG** used his Gmail account to send a lead list containing PW's name and contact information to a co-conspirator.

17. On November 30, 2012, PW placed a monitored phone call to the telephone number she had been given for "Robert Davis" and the other callers. A monitored call to (202) 552-5197 was answered by a "Mr. Clark," who claimed to be a representative of the DCRA.

During the call, "Mr. Clark" discussed additional payments PW would be required to make in order to claim her sweepstakes winnings from the American Sweepstakes Company. A second monitored call placed to (202) 552-6909 forwarded to a voice mail account purportedly belonging to "David Greenberg." The message PW left during this monitored call appears among the WAV files recording voice messages that were delivered to **ROSENBERG'S** Gmail account, as described in paragraph 16.

### Victim HM

18. On November 8, 2012, HM (age 73) was interviewed by U.S. Treasury Special Agent M. Bickham. HM told Agent Bickham that he was contacted by "Robert Davis" in 2009 or 2010 and was told that he had won a large amount of money as part of a sweepstakes prize. "Robert Davis" instructed HM to pay fees related to his prize by way of Western Union and MoneyGram wires to various individuals including "Geiner Sandoval Barboza." HM also mailed money orders as payments to addresses in Florida and Costa Rica provided by "Robert Davis." HM stated he liquidated his savings bonds, certificates of deposit, and that he borrowed money from the bank to pay the various insurance and agent fees as directed by "Robert Davis." HM exhausted all of his funds after paying approximately $80,000 to "Robert Davis." He never received the prize he was promised.

19. After telling "Robert Davis" that he had exhausted all of his funds, HM was told by "Robert Davis" that the delivery of his prize could be expedited if HM agreed to process payments for "Robert Davis." HM agreed to do so, and received Western Union and MoneyGram wires, as well as checks and money orders, from various individuals. HM then forwarded the funds as directed by "Robert Davis," including sending money and checks by UPS and FedEx. A review of Western Union records shows six transactions

totaling $17,590 that HM wired to Costa Rica between the dates of May 19, 2011, and July 22, 2011.

20. **ROSENBERG**'s Gmail account included emails, titled "moving money," in which **ROSENBERG** directed co-conspirators to have victims "send only blank money orders to" HM. **ROSENBERG**'s Gmail account also included emails which reflected the UPS and FedEx tracking numbers for packages sent by HM. These tracking numbers allowed **ROSENBERG** and his co-conspirators to track and receive the money and checks being sent by HM.

21. **ROSENBERG's** Gmail account "peter.davis1975@gmail.com" contained seventeen voice messages left by HM. In his messages, HM states he is returning calls received from "Agent Robert Davis" and other individuals.

Victim CW

22. On or about March 13, 2013, U.S. Postal Inspector R. Jewel received a report concerning CW (age 84), a resident of Canton Ohio. CW's caregivers stated that callers "Paul Anderson" and "Richard Garcia" contacted CW and told her she had won a sweepstakes. In order for CW to claim her prize, "Paul Anderson" instructed CW to purchase $2,250 in USPS money orders, leaving the payee and recipient information blank, and send them via UPS to 28548 N.W. 66th Street, Miami, Florida 33166. Shortly after sending the money orders, CW received another call from "Paul Anderson," who told her "Judge Michael Melloy" had imposed an order requiring her to pay an additional $4,000 for handling fees related to the sweepstakes prize. CW next received a call from an individual claiming to be "Judge Melloy," who repeated the request for additional money. Following these calls, CW's caregivers contacted the chambers of the Honorable Michael

J. Melloy of the United States Court of Appeals for the Eighth Circuit in Cedar Rapids, Iowa, and were told that Judge Melloy was not involved in sweepstakes distributions nor did he contact CW to solicit funds.

23. On March 13, 2013, U.S. Postal Inspectors went to freight forwarding service Liberty Express located at 8548 N.W. 66th Street, Miami, Florida 33166, in an attempt to recover CW's mailing. According to the manager of Liberty Express, CW's mailing had already been forwarded to Costa Rica for delivery. However, Inspectors recovered twenty-two (22) other mailings from seventeen (17) victims which had been delivered to the same address and had not yet been forwarded to Costa Rica. Contained within those twenty two mailings were eighty (80) USPS money orders totaling $69,132.50. One such mailing was USPS Express Mail envelope bearing tracking # EI629195959US, sent by victim DW, as described below.

24. **ROSENBERG's** Gmail account "peter.davis1975@gmail.com" contained the audio WAV files of five (5) voice messages left by CW. CW's voice messages began on March 1, 2013, and requested callbacks from a "Mr. Anderson" to discuss the USPS money orders CW was instructed to mail to obtain her prize. One day before the first of these messages, **ROSENBERG** used his Gmail account to send a lead list containing CW's name and contact information to a co-conspirator.

### Victim DW

25. On April 24, 2013, I interviewed DW (age 76), a resident of Monroe, North Carolina. DW explained that she was contacted by a caller, in March of 2013, who told her she had won a $450,000 cash sweepstakes. The caller instructed DW that she needed to pay fees in the amount of $2,250 to purchase an "insurance policy" on her winnings. However,

the caller and DW subsequently agreed that DW would pay only $1,125 in fees. DW was instructed to send USPS money orders via UPS to 8548 N.W. 66th Street, Miami, Florida 33166, and she did so on March 7 and 12, 2013. DW then received another call from a caller, who instructed her that she was required to pay additional fees before her prize could be delivered. DW mailed via USPS Express Mail bearing tracking # EI629195959US a $600 USPS money order to the Miami, Florida address the caller provided. DW mailed the package from the Monroe, North Carolina post office located in Union County, North Carolina, which is within the Western District of North Carolina. This mailing was among those recovered at the location described in paragraph 23 above.

26. **ROSENBERG's** Gmail account "peter.davis1975@gmail.com" contained the audio WAV files of twenty-two (22) voice messages left by DW. DW's voice messages began on March 5, 2013, and requested callbacks from telemarketer "Paul Anderson" and others regarding her sweepstakes winnings. DW's messages provide tracking numbers of USPS and FedEx mailings containing USPS money orders she purchased to pay the required fees to obtain her sweepstakes winnings. Two days before DW began calling **ROSENBERG's** call center, **ROSENBERG** used his Gmail account to send a lead list containing DW's name and contact information to a co-conspirator.

Additional Victims

27. As part of the investigation, the investigative team has examined reports compiled by the Federal Trade Commission and other law enforcement agencies and found numerous instances of victims who reported being contacted by telemarketers claiming to be from "DCRA" and "the American Sweepstakes Company," and by people using the pseudonyms "Robert Davis," "James Clark," "Eric Sanchez" and "David Greenberg."

Each of these victims reported essentially the same story as victims PW, HM, CW, and DW. No victims ever received any prize money after wiring or mailing their "fees." During this early stage of the investigation, the investigative team has identified approximately 86 U.S. residents who have been telephonically contacted through the call centers owned and operated by **ROSENBERG** and who have collectively lost in excess of $1,472,000 from this scheme. Additional victims and losses are still being identified. **ROSENBERG's** Gmail account contains messages from several hundred additional potential victims previously unknown to the investigative team. In their voice messages, victims are attempting to reach various telemarketers, providing tracking numbers for payments they have sent in order to obtain their sweepstakes winnings, and requesting status updates on the expected delivery dates of their prizes.

## CONCLUSION

28. Based on the foregoing, your Affiant submits that there is probable cause to believe that, beginning in or about November 2010 to the present, in the Western District of North Carolina, and elsewhere, **ELLIOT PHILLIP ROSENBERG** and other known and unknown co-conspirators, did conspire to commit mail fraud and wire fraud in violation of Title 18, United States Code, Section 1349. Furthermore, because the majority of victims are older than age 55, Title 18, United States Code, Section 2326 (Telemarketing Enhancement) may also be applicable to defendant **ELLIOT PHILLIP ROSENBERG** and other known and unknown co-conspirators.

## REQUEST FOR SEALING

29. I further request that the Court order that all papers in support of this complaint, including the affidavit and arrest warrant, be sealed until further order of the Court. These

documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

Respectfully submitted

_____
Mark Heath
U.S. Postal Inspector


Subscribed and sworn to before me

_____
HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
This  12  day of May 2014.

AFFIDAVIT FOR ELLIOT PHILLIP ROSENBERG